UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAGILLE HARRY DUPLESSIS (#376706)

VERSUS                                                                  CIVIL ACTION NO.: 09-250-JVP-CN

ADMINISTRATION OFFICERS

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 15, 2009 (doc. 9). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this action shall be **DISMISSED**, with prejudice, as frivolous pursuant to 28 U.S.C. § 1915. Further, plaintiff's pending motions (docs 4, 6, and 8), are hereby **DENIED** as moot.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 25, 2009.

RALPH E. TYSON, CHIEF
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA